**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA
     Plaintiff

v.            Civil Action No: 16-05692

MARK A. ROBINSON
     Defendant

**ORDER**

AND NOW, this 30 day of January, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted. Service time is extended until May 1, 2017

                        _____ J.