# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

MARK A. ROBINSON, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05692

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MARK A. ROBINSON the above process on the 9 day of March, 2017, at 10:30 o'clock, A M, at 128 NORTH 62ND STREET PHILADELPHIA, PA 19139, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of _Pa_

County of _Berks_ ) SS:

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-158084
Case ID #: 4832858

Subscribed and sworn to before me this _13_ day of _March_, 20_17_.

_Notary Public_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

Brittni A

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>6032-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703701302465<br>9171999991703701302465 | DICKINSON, JEFFEREY S a/k/a J. SCOTT DICKINSON a/k/a JEFF SCOTT DICKINSON<br>308 Glen Ridge Rd<br>Havertown, PA 19083 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703749883964<br>9171999991703749883964 | ROBINSON, MARK A.<br>128 North 62nd Street<br>Philadelphia, PA 19139 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703752664963<br>9171999991703752664963 | ROBINSON, MARK A.<br>128 S. 62nd Street<br>Philadelphia, PA 19139 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 3<br>3 | | 2.78<br>2.78 | 14.55<br>14.55 | | | 17.33<br>17.33 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C      Certified
ERR   Return Receipt



**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 MAC 13. 2017
$ 002.70

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | TO  MARK ROBINSON ROBINSON, MARK A. 128 S. 62nd Street Philadelphia, PA 19139 | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | TO  MARK ROBINSON ROBINSON, MARK A. 128 North 62nd Street Philadelphia, PA 19139 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)   Sale Date:

USA-158084   Philadelphia County

MARK A. ROBINSON